

Original



FILED

JAN 2 6 2011

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

William Barker    P-86703

(Name of Plaintiff)
P.O. Box 2500, C,M,F-H202L
(Address of Plaintiff)
Vacaville, CA, 95696-3500

vs.

R. Yassine, et. Al.

(Names of Defendants)

2-11-cv-0246 GGH(PC)

(Case Number)

COMPLAINT

42 U.S.C. §1983
CIVIL COMPLAINT

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner:    ☑ Yes    ☐ No

B. If your answer to A is yes, how many?: ___1___ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff William Barker

Defendants Lt. Keff, Lt. Foster, Lt. Swancer, C/O Bridges, C/O Renetti, C/O Biggs, C/O Mizzen, C/O Prys, Does 1 to 10

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983        Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of Co.

_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?     ☑ Yes     ☐ No··

B. Have you filed a grievance concerning the facts relating to this complaint?

                                                                      ☑ Yes     ☐ No

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?                                ☑ Yes     ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant _R. Yassine_ is employed as _Correctional_
Officer at _California Medical Facility_

B. Additional defendants _____

_____

_____

_____

_____

4

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

See Attached - 5a

V.  Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

General damages, Special damages, and Trebel damages
Monetary damages: In the sum of $500,000.00 and for cost associated with prosecuting this Complaint

Signed this _10_ day of _January_, 2011.

x William Barker
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

x Jan. 10 2011
(Date)

x William Barker
(Signature of Plaintiff)

5

Defendant R. Yassine resides or works at the California Medical Facility, in Vacaville California, and is employed as a Correctional Officer. This Defendant is being sued in his individual capacity. Plaintiff contends that this defendant was acting under the color of law because: Defendant R. Yassine is responsible for the safety and welfare of inmates incarcerated by the State of California as a Peace Officer, and therefore responsible for enforcing the rules and regulations of the Secretary/Director of Corrections as well the laws of the State of California as stated in the California Penal Code.

Jurisdiction in the above mentioned case is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983.

## Statement of Claim

Plaintiff is a Disabled prisoner who has a diagnosis of a right hip fracture status post internal fixation. Plaintiff also has ongoing low back pain w/mild degenerative disk disease of the lumbar spine between L5 and S1. In an 8-hour day he (plaintiff) is unable to stand and amulate except for a short distance with a cane, to go to the bathroom and is awaiting total right hip replacement as recommended by an orthopedic surgeon. Plaintiff is also confined to a wheelchair w/ limited use of a cane.

1. Plaintiff showing that he is an "qualified disabled
2. individual," he is protected from cruel and unusual
3. punishment and from being assaulted under the rights
4. of disabled people enacted by Congress in Section 504 of
5. the Rehabilitation Act of 1973, as well as the Americans
6. with Disabilities Act of 2000. Plaintiff asserts that these
7. laws entitle him to equal access and equal protection
8. of the law. The California Department of Corrections
9. and Rehabilitation ("hereinafter "CDCR") and the
10. California Medical Facility (hereinafter "CMF") currently
11. considers and treats the Plaintiff to be, in fact, "Disabled."
12. In addition to the above disability(ies), Plaintiff also
13. suffers head, neck, and shoulder injuries.
14. Plaintiff, an inmate incarcerated by the CDCR at
15. CMF, in Vacaville California, and is a ward of the State
16. of California.
17. This law suit is based upon Defendant C/O Yassine's
18. deliberate indifference to my medical needs and physical
19. welfare, and to be free from unnecessary "use of
20. force" by a "Peace Officer" and/or being assaulted by
21. a governmental employee and the intentional
22. discrimination and prejudice by excluding, or attempt-
23. ing to, a "qualified disabled individual" from equal
24. access, thus denying him (plaintiff) equal access to
25. medical attention. Plaintiff alleges that Defendant
26. Yassine were depriving him of the "minimal civilized
27. measures of life's necessities."

5b

Defendant Yassone's actions on October 25, 2009, against the Plaintiff (William Barker) resulted in a clear and blatant violation of plaintiff civil rights under the Eighth Amendment of the U.S. Constitution against "Cruel and Unusual Punishment" clause, as well as a violation of the "Civil Rights of Institutionalized Persons Act ("CRIPA"), in that a prisoner has a right to be free of cruel and unusual punishment without deprivation of his due process rights.

Additionally, Plaintiff alleges that this unlawful act/conduct of Defendant Yassone violated his (plaintiff's) constitutional rights, statutory rights, and his rights under state and federal law.

Plaintiff also bases his claim(s) on the following legal principals, including but not limited to:

1. Violation of equal access and protection under the ADA and Title II of 42 U.S.C. §12132;

2. Civil code §1714; Responsibility for willful acts and negligence;

3. Government Code § 820.2 "Discretionary liability";

4. Government code § 815.6 "Failure to discharge statuory duty";

5. Government Code § 11135 "Discrimination on the basis of disability";

6. Government Code § 12921 "Violation of Civil Rights";

7. Cal. Penal Code §2652 "Cruel, ~~cap~~ corporal or unusual punishments treatment injurious to health

6C.

8/. Cal. Penal Code §147 "Officer inhumanely or oppressively treating prisoners;

9/. Cal. Penal Code § 2650 "Failure to protect the person of a prisoner;"

10/. Negligence.

## Statement of Facts

On October 25, 2009, at approx. 3:30pm, I (Plaintiff) was on my way to the B-1 Clinic from the CMF yard for my "daily" scheduled respiratory therapy. As I approached the Unit 1 grill gate I presented my CDCC (state) Inmate (green) I.D. card, with the "U-Wing" sticker to Correctional Officer Yassine. Defendant Yassine asked me for my destination eventhough he (Yassine) saw the "U-Wing" sticker in the upper left-hand corner of my green inmate I.D. card. I then proceeded and presented my movement pass to the B-1 clinic for respiratory treatment. After Def. Yassine saw & read the "priority ducat," he then asked, "why do you need to go to the B-1 clinic?" Feeling harrassed and singled-out, I stated to Def. Yassine that he was not there to treat my medical condition, and that the information he was seeking was protected under State & Federal Laws.

Defendant Yassine became visibly upset, and ordered me back to the wall near the window; by the elevator. I complied. Moments later, Def. Yassine approached me stating he was going to search me.

5d.

1. because I did not give him a full account once of my
2. need to be seen by the B-1 clinic medical staff.
3.    As Def. Yassine began his search of my person, he asked
4. me to lean forward in my wheelchair. I complied. Def.
5. Yassine was not satisfied with my compliance with his
6. direct order to "lean forward," in that he pushed me
7. forward even more. In pain, I informed Def. Yassine
8. that I suffered from back pain problems that restricted
9. my movements. My pleas fell on deaf ears as Def. Yassine
10. completely ignored my cries (for) for restraint and proceeded
11. to forceably push me even further until a loud "pop"
12. was heard as I cried out in obvious pain! Def. Yassine
13. then, and only then, activated his "personal (axe) alarm."
14. When responding staff (custody) arrived, Def. Yassine
15. stated: "This inmate is causing a disturbance!"
16.    C/O Yassine only activated his employee alarm to
17. cover-up his mishandling of my person after I had explained
18. to him of my disabilities. Responding staff arrived and found
19. me both injured and in obvious pain. Responding staff left
20. and I was taken to B-1 clinic. A nurse filled out an
21. injury report and I was seen by Dr. Roxanne Sanders, M.D.
22. and was given/prescribed pain killers and an ice pack for
23. the injuries caused to my back by Def. Yassine. Def.
24. Yassine refused to and/or failed to use the A.D.A bench
25. to search me; this breach of protocol contributed to my
26. injuries on the day in question. Again on 10-28-09 I had
27. to be treated for the injuries I suffered on 10-25-09.

5e.

# Cause of Action
## Count One

To be Free from Cruel and Unusual Punishment
(U.S. 8th Amendment Constitutional Rights).

Plaintiff was injured by the Defendant C/O R. Yassine on October 25, 2009 as a result of excessive force upon a qualified disabled inmate. That it was clear, or should have been clear, to the Defendant that the Plaintiff (William Barker) was a "disabled inmate" and that the Plaintiff was proceeding to the B-1 clinic to recieve medical attention as per his "Priority Ducat." And that Def. Yassine being acutly aware of Plaintiff's disability acted with deliberate indifference to his personal welfare. The Plaintiff incorporates by reference all of the proceeding paragraphs, as though fully presented herein. That the Defendant's own actions cause the Plaintiff to suffer from unwanted and unnecessary infliction of pain.

## Count Two

That Plaintiff was discriminated against based upon his apparant disabilities by the Defendant. That Plaintiff's A.D.A. rights were disgarded as well as his civil rights and violated by the Defendant C/O R. Yassine. That the Defendant was acting outside the scope of his professional duties by deliberately preventing the Plaintiff from recieving scheduled medical care.

5f.

#7

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location. Institution/Parole Region        Log No.        Category
1. ___CMF___                          1. _09-m-28ldo_  Staff Complaint
2. _____                            2. _____       C/O Yassine

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME                          NUMBER      ASSIGNMENT        UNIT/ROOM NUMBER
BARKER, WILLIAM               P86703      TMD               V-121

A. Describe Problem: THIS IS A COMPLAINT AGAINST STAFF WITHIN THE MEANING OF
ADMINISTRATIVE BULLETIN #97/10; C.C.R. § 3391 & PENAL
CODE § 832.5

SEE ATTACHED SHEET:

If you need more space, attach one additional sheet.

B. Action Requested: PROCESS THIS COMPLAINT ACCORDING TO THE RULES GOVERNING THE ABOVE
STATUTE(S) ...

Inmate/Parolee Signature _Barker William_        Date Submitted 10-25-09

C. INFORMAL LEVEL (Date Received. _____ )

Staff Response _____

BYPASS

Staff Signature _____        Date Returned to Inmate _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono CDC 128, etc ) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature _____        Date Submitted _____
Note: Property/Funds appeals must be accompanied by a completed        CDC Appeal Number
Board of Control form BC-1E, Inmate Claim

INMATE APPEALS
RECEIVED
NOV 9 2009
CMF

Appeals-
2nd

11.22.09 @ 1940

On 10.25.09 I/M Barker P86703 was escorted to B1 for breathing tx and back problems @ apprx 11000. I/M Barker relayed to me that he needed to see the doctor, because his back was out from being searched at grill gate I. @ that time I had to a/t count I/M Barker for the 1130 count because he was waiting to be seen by DR. Sanders and needed his breathing tx.

C/o Santos.

# Memorandum

Date    :    November 18, 2009

To      :    BARKER, CDCR #P-86703
             CMF, V-121-S

Subject:    **STAFF COMPLAINT RESPONSE - APPEAL # CMF 09-2866**

APPEAL ISSUE: Whether or not Correctional Officer Yassine violated policy by utilizing excessive or unnecessary force on Inmate Barker on 10-25-09.

**DETERMINATION OF ISSUE**: A review of the allegations of staff misconduct presented in the written complaint is being conducted. Based upon this review your appeal has been handled as follows:

☒    PROCESSED AS A STAFF COMPLAINT APPEAL
☐    REFERRED TO THE OFFICE OF INTERNAL AFFAIRS (OIA).

**SUMMARY FOR APPEAL INQUIRY:**

Your appeal was reviewed and you claim that Correctional Officer Yassine utilized undue and unnecessary force on 10-25-09 by pushing you forward in your wheelchair while conducting a search until a loud "pop" was heard causing you pain.

☒  A Confidential Inquiry will be conducted.

☐  This matter has been referred to the Office of Internal Affairs for follow-up and a possible investigation. If investigated, upon completion of that investigation you will be notified as to whether the allegations were SUSTAINED, NOT SUSTAINED, UNFOUNDED, EXONERATED or that NO FINDING was possible. In the event that the matter is not investigated, but returned by OIA to the institution or region to conduct a Confidential Inquiry, you will be notified upon the completion of that inquiry as to whether it was determined that staff violated, or did not violate policy.

☒ This matter has been referred to the Institutional Use of Force Review Committee. Upon completion of the review, you will be notified whether it was determined that staff did or did not violate policy.

**FINDINGS FOR AN APPEAL INQUIRY:**

Your appeal is PARTIALLY GRANTED at the ☐ First level ☒ Second level:

☐  An inquiry into your allegation (has been / is being) conducted.

☐  An investigation is being conducted by the Office of Internal Affairs

☒  A review is being conducted by the Use of Force Review Committee.

ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE. As such, the details of any inquiry will not be shared with staff, members of the public, or inmates. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. However, you have the right to be notified if after a review of your allegations, it is determined that staff violated CDCR policy. In this case:

☐  The inquiry is not yet complete

☐  The inquiry is complete.  Staff (did / did not) violate CDCR policy.

☒  The use of force review is not yet complete.

Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process. If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Director's Level of Review. Once a decision has been rendered at the Director's Level of Review, your administrative remedies will be considered exhausted.

KATHLEEN L. DICKINSON              Date
Warden (A)

## SECTION 832.5 CITIZEN'S COMPLAINT AGAINST PERSONNEL; INVESTIGATION; DESCRIPTION OF PROCEDURE; RETENTION OF RECORDS.

(a) Each department or agency in this State which employs peace officers shall establish a procedure to investigate citizens' complaints against the personnel of such departments or agencies and shall make a written description of the procedure available to the public.

(b) Complaints and any reports or findings relating thereto shall be retained for a period of at least five years. (Added by Stats. 1974, chapter 29, section 1; Amended by Stats. 1978, chapter 630, p. 2083, section 4; Stats. 1996, chapter 1108, section 1; Stats. 1998, chapter 25, section 1) [All references are to California Penal Code, 2000].

## PERSONNEL COMPLAINT:

Complainant: BARKER, WILLIAM , CDCR #P-86703

Address: CAL. MED. FACILITY @

P.O. Box 2000

City: VACAVILLE, State: CA Zip: 95696

Residence Phone:( ) NA

Work Phone: ( ) NA

Date/Time of Incident: 10/25/09 @ APPROX. 3:30 PM

Location of Incident: CMF UNIT 1 GRILL GATE

Personnel involved: C/O R. YASSINE

[x] CHECK ONLY ONE:

1. [ ] Police Department
2. [ ] California Highway Patrol
3. [ ] U.S. Marshal
4. [ ] Sheriff's Department
5. [ ] Medical staff
6. [ ] District Attorney
7. [ ] County Grand Jury
8. [ ] Internal Affairs
9. [x] Department of Corrections
10. [ ] Bar Association

Names and Addresses of Witnesses: SGT CORBETT, DY. R. SANDERS, I/M DEXTER BROWN, #V-66477

AND I/M M. ANTHONY, # P-76144 ( AS TO ACTS OF DISCRIMINATION ); THE NAMES OF

ANY AND ALL OTHER WITNESSES ARE FORTH COMING.

Statement of Complaint:

SEE ATTACHED SHEET

Page -1-



OCTOBER 25, 2009 AT APPROX. 3:30 PM I WAS HEADED TO B-1 CLINIC FROM THE CMF YARD, FOR MY DAILY SCHEDULED RESPIRATORY THERAPY. AS I APPROACHED THE UNIT 1 GRILL GATE I SHOWD MY INMATE I.D. CARD WITH THE V-WING STICKER TO C/O YASSINE AT THE UNIT 1 GRILL GATE. HE, STRANGE ENOUGH, ASKED FOR MY DESTINATION. I PRODUCED AND SHOWED HIM MY MOVEMENT PASS AND EXPLAINED THAT I WAS HEADED TO B-1 CLINIC. HE THEN ASKED WHY I NEEDED TO GO TO THE B-1 CLINIC, FEELING HARASSES & SINGLED OUT, I STATED HE WAS NOT THERE TO TREAT MY MEDICAL CONDITION, AND THAT THE INFORMATION HE WAS SEEKING WAS PROTECTED BY STATE AND FEDERAL STATUTES.

C/O YASSINE BECAME VISIBLY UPSET, AND ORDERED ME TO BACK TO THE WALL NEAR THE WINDOW BY THE ELEVATOR DOOR. I COMPLIED. MOMENTS LATER, HE APPROACHED ME STATING HE WAS GOING TO SEARCH ME BECAUSE I DID NOT GIVE HIM A FULL ACCOUNTING OF MY NEED TO BE SEEN BY THE B-1 CLINIC MEDICAL STAFF. AS HE BEGAN TO SEARCH ME, HE ASKED ME TO LEAN FORWARD IN MY WHEEL CHAIR. I COMPLIED. HE BEGAN TO PUSH ME FORWARD EVEN MORE. IN PAIN I INFORMED YASSINE THAT I SUFFERED FROM BACK PAIN PROBLEMS THAT RESTRICTED MY MOVEMENT, YASSINE IGNORED MY PLEAS FOR RESTRAINT AND PROCEEDED TO PUSH ME FORWARD EVEN FURTHER UNTIL A LOUD POP WAS HEARD AND I CRIED OUT IN A PAIN. YASSINE THEN AND ONLY THEN ACTIVATED HIS PERSONAL ALARM. WHEN RESPONDING STAFF ARRIVED HE STATED, " THIS INMATE IS CAUSING A DISTURBANCE".

C/O YASSINE ACTIVATED HIS ALARM OUT OF A SELF-SERVING ATTEMPT TO COVER-UP HIS MISCONDUCT BY TRANSFERRING THE ATTENTION TO ME. WHEN RESPONDING STAFF ARRIVED THEY FOUND ME BOTH IN INJURED AND IN OBVIOUS PAIN. RESPONDING STAFF LEFT, AND I WAS TAKEN TO B-1 CLINIC. THE NURSE FILLED OUT AN INJURY REPORT AND I WAS SEEN BY

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME<br>BARKER William | COMPLAINANT'S SIGNATURE<br>Barker William | DATE SIGNED<br>10-25-09 | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME<br>BARKER William | INMATE/PAROLEE'S SIGNATURE<br>Barker William | CDC NUMBER<br>P 86705 | DATE SIGNED<br>10-25-09 |
| RECEIVING STAFF'S PRINTED NAME<br>D LEWIS | RECEIVING STAFF'S SIGNATURE | DATE SIGNED<br>1-25-09 | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

STATE OF CALIFORNIA **CLOB** DEPARTMENT OF CORRECTIONS
CDC129 (7/88)

**INMATE PASS**

| INMATE'S NAME | CDC #: | HOUSING#: |
|---|---|---|
| BARKER | P86703 | V-121S |
| ISSUED BY: | DATE: | PASS FROM. |
| CDCS JOSEPH A. BICK MD | 10/23/2009 | V-121S |
| PASS TO: | DATE: | TIME: 15:30 |
| RESPIRATORY/B-1 | 10/25/2009 | |

REASON:
HEDSPETH

**Priority**

ARRIVAL TIME:
1555

RECORDED BY

DEPART TO: TIME:
1610

RECORDED BY

ASST

---

**B-1Clinic Treatment Card**

BARKER P86703 V-121

| Name | CDC | House |
|---|---|---|

Start Date: 10-36-09 Expiration Date 10-26-09

Time: [ ] 0630-0800 [ ] 1730-2000 [ ] Other Ice pack

[ ] Insulin     [ ] Injection     ANq
[ ] Digoxin     [ ] Dressing change
[ ] Vital Signs [ ] Urgent Care Appt @ B-1
[ ] O2          [ ] Medication    [ ] Ice Clim

It is the inmate's responsibility to notify staff when
they are unable to keep the appointment. Failure to
do so will result in a CDC 115    ext: 2422
MTA/RN _____ Date 10/25/04

---

**B-1Clinic Treatment Card**

BARKER W. P86703 V-121

| Name | CDC | House |
|---|---|---|

Start Date: 10/18/09 Expiration Date 10/31/09

Time: [ ] 0630-0800 [ ] 1730-2000 [ ] Other

[ ] Insulin     [ ] Injection
[ ] Digoxin     [ ] Dressing change
[ ] Vital Signs [ ] Urgent Care Appt @ _____
[ ] O2          [ ] Medication    [ ] Ice

It is the inmate's responsibility to notify staff when
they are unable to keep the appointment. Failure to
do so will result in a CDC 115    ext: 2422
MTA/RN _____ Date 10/18/09

---

CALIFORNIA
DEPARTMENT OF CORRECTIONS

INMATE ID

P86703
BARKER, W

04/16/2009 TMD/CLOB
BLK 06/14/1965

Name and Number

CDC128C

Date:

MEDICAL-PSYCHIATRIC-DENTAL

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



January 5, 2011

BARKER, WILLIAM, P86703
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

RE: IAB# 0911564    CMF-09-02866    STAFF COMPLAINTS

Mr. BARKER:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal as established in California Code of Regulations (CCR) Title 15, Article 8. The Branch examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your Counselor, Parole Agent, or Appeals Coordinator can answer any questions you may have regarding the appeals process and/or assist in obtaining any requested documents. The inmate library offers resources to obtain general information regarding regulations, procedures, policies, and government agency addresses. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

This matter has been fully adjudicated and a decision has been rendered by this office on the appeal issues.

This appeal was completed March 16, 2010. A Third Level Response along with your original appeal was returned to you. A copy of the response is attached.

D. FOSTON, Chief
Inmate Appeals Branch

NOTE:  Please make the changes or corrections requested and submit the original appeal within fifteen working days. Once an appeal has been cancelled that appeal may not be resubmitted. However a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

## DIRECTOR'S LEVEL APPEAL DECISION

Date: MAR 1 6 2010

In re: William Barker, P86703
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

IAB Case No.: 0911564          Local Log No.: CMF-09-02866

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner C. Hall, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

I  APPELLANT'S ARGUMENT: It is the appellant's position that while he was on his way for a health care treatment, Correctional Officer (CO) Yassine stopped him at the Unit I grill gate and asked him his destination. The appellant claims he showed CO Yassine his movement pass and explained that he was on his way to the Unit "B-1" clinic for a breathing treatment. Officer Yassine inquired as to why he was going to the clinic; however, the appellant stated he (CO Yassine) was not there to treat his medical condition and the information he was asking was protected under state and federal statutes.  The appellant claims that CO Yassine ordered him against the wall near the window which he complied. The appellant further states that he was searched by CO Yassine as he had not provided sufficient information to his destination. While in his wheelchair, the appellant was directed to lean forward; however, he alleges that CO Yassine pushed him forward more so than necessary; and, due to back pain, he claims that his movement is restricted. The appellant states CO Yassine continued to push him forward until he heard a loud pop and then cried out in pain.  As a result, CO Yassine activated his personal alarm device and when responding staff arrived, CO Yassine advised them that the appellant was being disruptive. The appellant is requesting that his CDC Form 602, Inmate/Parolee Appeal Form be processed according to the rules governing the California Code of Regulations, Title 15, Section (CCR) 3391; California Penal Code Section (PC) 832.5; and, Administrative Bulletin 97/10.

II  SECOND LEVEL'S DECISION: The appellant is advised that his appeal was reviewed by the hiring authority who determined that it shall be processed by the institution as an inquiry. The Informal Level Response and the First Level of Review have been bypassed in this appeal. The Second Level of Review (SLR) notes that the appellant was interviewed regarding his issue; and, his appeal was granted in part, as an inquiry has been completed. The appellant is reminded that all staff personnel matters are confidential in nature and will not be shared with staff, members of the public or inmates. Although the appellant has the right to submit a staff complaint, any request for administrative action regarding staff is beyond the scope of the staff complaint process. The appeal was partially granted at the SLR, as an inquiry was conducted into the appellant's allegations of staff misconduct. The appellant was advised that staff did not violate CDCR policy with respect to the issues raised.

III  DIRECTOR'S LEVEL DECISION: Appeal is denied.

A. FINDINGS: Upon review of the documentation, it is determined that the appellant's allegations have been reviewed and evaluated by administrative staff; and, an inquiry has been completed at the SLR. In the event that staff misconduct was substantiated, the institution would take the appropriate course of action. All staff personnel matters are confidential in nature and will not be addressed with other staff, the general public or the inmate population; nor will it be released to the appellant. In this case, the institution has reported that staff did not violate CDCR policy. On January 27, 2010, this examiner reviewed the inquiry report and found that the information developed supported the findings reached by the institution. Although the appellant has the right to submit an appeal as a staff complaint, the request for administrative action regarding staff is beyond the scope of the appeals process; therefore no relief is provided at the Director's Level of Review.

**B. BASIS FOR THE DECISION:**
PC: 832.5, 832.7, 832.8
CCR: 3000, 3001, 3004, 3005, 3084.1, 3084.5, 3268, 3270, 3300, 3310, 3350, 3380
CDC Operations Manual, Section: 62010.7.2

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

C. HALL, Appeals Examiner
Inmate Appeals Branch

D. FOSTON, Chief (A)
Inmate Appeals Branch

cc:   Warden, CMF
      Appeals Coordinator, CMF

Name and Number: CDC128C

Baker William

P86702

cell fed 10/28/09

1351

Dilley N

Date: 10/25/09

MEDICAL PSYCHIATRIC DENTAL

The patient has a diagnosis of right hip fracture status post
internal fixation. This is a renewal of his prior chrono. The
patient continues to have chronic right hip pain for which he is
being evaluated at an outside orthopedic department. He also has
ongoing low back pain with mild degenerative disk disease of the
lumbar spine. MRI studies of the lumbosacral spine showed mild
degenerative disk disease between L5 and S-1.

In an 8-hour day he is unable to stand and ambulate except for a
short distance with a cane, to go to the restroom. He is unable to
sit for more than 20 minutes due to hip and low back pain, and
patient reports that he has to lay down to relieve the pain. He is
able to pick up only light objects. He is unable to specify any
amount of weight he is able to pick up. He denied the ability to
pick up even 5 pounds. He complains of an inability to reach above
the shoulders on the left; he is able to do so on the right. He has
difficulty performing repetitive hand motions due to cramping. He is
unable to bend, squat, kneel, or climb stairs or ladders. He should
not work in high places or use ladders.

He requires the use of a cane and a wheelchair for ambulation. He
uses corrective lenses for his vision. Continuation of low bunk/low
tier housing is recommended. If a suitable bunk is unavailable at
this institution, he can be transferred to a facility that can meet
his clinical needs.

This chrono is valid for one year (through 05/25/10).

BETHLEHEM HAILE, MD                    NICOLAS AGUILERA, MD
Physician and Surgeon                  Chief Medical Officer

BH/djl    D: 05/26/09    T: 06/01/09

Orig:    Outpatient Health Record
  cc:    Central File, Inmate, CC-11, Facility Captain, Writer

#C 010957

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 10-25-09 | | | ① Tylenol 325 mg 1-2 po tid |
| | 1700 | | prn ___ po Tx 5 days ___ fall @ 1710 hrs |
| | | | 1st dose in A-1 -que @ 16/x/09 |
| | | CP | |
| | | | ② Ice pack -que 1710 |
| | | | ③ Neur Per Klowp |
| | | | veries by ___ 10-25-09 1710 |
| | | | ___ R. ___ |

ALLERGIES: Morphine, Sulfa

INSTITUTION: CMF

ROOM/WING: 1/121

CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential
client information
See W & I Code, Sections 4514 and
5328

P-80703
BARK, R. WILLIAM
02/14/65 M BLA

PHYSICIAN'S ORDERS

CDC 7221 (2/00)

# FIRST MEDICAL RESPONDER - DATA COLLECTION TOOL

| Patient Name (Last, First) | CDC Number | DOB 6/14/09 | Housing U 215 |
|---|---|---|---|
| BARKER | P86 703 | Date 10/27/09 | Time 0832 |

## SUBJECTIVE DATA

Time of Injury: _____ Location of Incident: U - Wing

Chief Complaint: Back pain

Past Medical History: Yes

MECHANISM OF INJURY (CIRCLE): ALTERCATION    CHEST PAIN    RESP/SOB    ABDOMINAL PAIN

SUICIDE ATTEMPT    OTHER: _____

Trauma: Head    Neck    Chest    Abdomen    Back    Extremities

## OBJECTIVE DATA

| BREATHING | SKIN COLOR | SKIN MOIST | SKIN TEMP | CAPILLARY REFILL | PUPILS | MISCELLANEOUS |
|---|---|---|---|---|---|---|
| ☑ Normal | ☑ Normal | ☐ Moist | ☑ Warm | ☑ Normal | ☑ PERL | I/m was seen by |
| ☐ Shallow | ☐ Pale | ☑ Dry | ☐ Cold | ≤2 Seconds | ☐ Pinpoint | DR Sands on to 10/5/09 |
| ☐ Retracting | ☐ Ashen | | ☐ Cool | ☐ Delayed | ☐ Dilated | in RT fix Back pain |
| ☐ Absent | ☐ Flushed | | ☐ Hot | >2 seconds | ☐ Reactive | order F/U E RT 1-2 days. |
| ☐ Rapid | ☐ Cyanotic | TURGOR | | ☐ Absent | ☐ Non Reactive | |
| ☐ Labored | ☐ Jaundiced | ☐ Good | | | ☐ R>L | |
| ☐ Other | | ☐ Poor | | | ☐ L>R Size: | |

| GLASGOW COMA SCALE | | | CARDIAC | | ABDOMINAL |
|---|---|---|---|---|---|

| EYE OPENING | VERBAL RESPONSE | MOTOR RESPONSE | PULSE | RHYTHM | CHEST PAIN | ABDOMINAL PAIN |
|---|---|---|---|---|---|---|
| ☑ Spontaneous | ☑ Oriented | ☑ Obeys commands | ☑ Normal | ☑ Regular | Onset: | ☐ Guarding |
| ☐ To voice | ☐ Confused | ☐ Localizes pain | ☐ Weak | ☐ Irregular | Radiating: | ☐ Rebound |
| ☐ To pain | ☐ Inappropriate words | ☐ Withdraws to pain | ☐ Absent | | Pain Scale: | ☐ Tenderness |
| ☐ None | ☐ Incomprehensible words | ☐ Flexion to pain | | | Description: | ☐ Rigidity |
| | ☐ None | ☐ Extension to pain | | | | Location |
| | | ☐ None | | | ☐ Nausea | ☐ RUQ |
| | | | | | ☐ Vomiting | ☐ RLQ |
| | | | | | ☐ Indigestion | ☐ LUQ |
| | | | | | | ☐ LLQ |

## VITALS

| TIME | B/P | PULSE | RESP | SAO2 | LOC | PAIN | TEMP | OTHER |
|---|---|---|---|---|---|---|---|---|
| 0885 | 140/91 | 98 | 20 | 98-/- | ⊖ | 10/10 | ⊖ | ⊖ |

List Medications: _____

## INTERVENTIONS

| CPR | AED | OXYGEN | BLEEDING CONTROL | EXTREMITY IMMOBILIZATION |
|---|---|---|---|---|
| Initiate CPR- Y—(N) | Initiate AED- Y—(N) | Initiate O2- Y—(N) | Initiated- Y—(N) | Initiated- Y—(N) |
| Initiated by: _____ | Initiated by: _____ | Initiated by: _____ | Initiated by: _____ | Initiated by: _____ |
| Time Initiated: _____ | Time Initiated: _____ | Time Initiated: _____ | Time Initiated: _____ | Time Initiated: _____ |
| Time D/C: _____ | Time D/C: _____ | Time D/C: _____ | Time D/C: _____ | Location: _____ |

RN (Clinic/ER) Called and Time: _____

Patient Disposition: _____    Inmate sent to: _____    Via: RN Khattr /RN Grand

| DATE | TIME | |
|---|---|---|
| 10/27/09 | 0915 | DR Osmond ASKED To GET T/P w/o FROM Gurney I/P ASKED IF I/P CAN SAFELY TRANSFER To W/C. I/P REPLIED THAT JK HAVING DIFFICULTIES TODAY DUE To I/P'S SIZE & SELF HISTORY of DIFFICULTIES A HOVER LIFT DETERMINED To BE SAFE FOR T/P & STAFF ALIKE. I/P REFUSES ENLISTING ASSIST FROM INMATE BARKUS, I/P TOLD Such ASSIST Not SAFE EITHER (BY KUATTRA RN) REPORT OF INCIDENT & RELIEVED BY 6. JAMES RN = I/P On un-___ ___ @ TIME of RELIEF |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| CMF | V 121 5 | BARKER William |
|  |  | P 86703 |
|  |  | 6-14-1965 |

### INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

10/27/10  8:45    HR 76        RR: 18         T: 96-8

O₂SAT (RA) 96?        BP 125/83        PAIN 10/10 (R) Low

Pt here complaining of lower back pain
for several days getting worse. Report
since Sunday has not been able to get
up and sit straight. Denies bowel or
bladder incontinence, fever, chills or
weakness/Numbness ↓ legs. Reports it all
s/nappened after CO freed to search him and
pushed him down.

PMHx: HTN/AMS, S₂ Asthma, ↓ BP medications
PE: Awake, Alert w/acute distress

Neck: Supple
Chest: CTA
Cardiac: RRR
Abd: NTNDBS
Back: ② paraspinal muscle tenderness, ↓
   midline tenderness.
Ext: ⊖ edema - N/V/cal support
A/P: ① acute or chronic Back pain / Spasm
   pt already on multiple pain meds/Bridge
   → fwd to pm X 1 now. return im. fl/pp 7day

| INSTITUTION | HOUSING UNIT | | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|--|---|
| CMF | V121 5 | | |

INTERDISCIPLINARY PROGRESS NOTES

Baxter
P 86703

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                DEPARTMENT OF CORRECTIONS

# URGENT CARE

| DATE | TIME | |
|------|------|---|
| 10/27/09 | 1235 | Vital Signs: Temp___ RR 18 P 70 T 98.0 BP 126/86 O2 sat 94% WT |

Allergies - Codeine, Morphine, Sulfa, Peanut B

HIV / AID 2991/3% — VL <48

Subjective (reason for visit, and/or patient's complaint):

"My back is out" since Sunday 10/25/09. 44yo AA o? indicates it begun when he was being searched, heard a "pop" was seen that day, was seen yesterday in shower today. Yest p̄ tx was able to txf to ADA chair o shower. Warm water helpful, then slept thru to 0900 today. No loss bowel or bladder control, dysuria, PICLM, uMd/c, CP/cough/SOB.

Objective (include physical exam, results of diagnostic studies): He indicates he is awaiting (R) hip replacement, always too poor DTR on (R). No neck or upper back pain, pain is (R) @ S₁-S₂ level, radiates to (R) buttock but not to thigh. A+o x3, NAD, conversing approp. Moving self in w/c 2 ⊘ leg o (R) arm. Lungs- diminished throughout, no SOB, wheeze, rhonchi. CV- RRR ⊘ m̄ Abd- round soft N ↑↑↓ Back- ⊕ TTP (R) low back ⊕ buttock. DOTR 2⊕ ankle, absent (R) Ped. sensation intact (R) Antalec ⊕ edema.

Assessment, Diagnoses:
Acute exacerbation of chronic LBP, day 4

Problem list
Reviewed.
- L₅ / S₁ spondylolisthesis
- Spondylolysis
- mild ⊕ hip DDD
- mild ⊕ hip DDD — prev C-spine
- s/p ORIF (R) prox femur early OA

Plan: Toradol 60mg IM x 1, pbs 20"
Ice once TID x 2 3 days
Call back 10/28 - 11/03/09 — pt request until he sees PCP 4/3/09
Keep Ping appt ⊘ PCP on 4/3/09. pt aware

Education Provided: Rest, light activity, don't overdo, cont daily BM. RTC worse - loss B/B. Reviewed purpose o SE of meds; pt reported adequately.

Clinician Signature: _____ NP

| INSTITUTION | PHYSICIAN | ROOM/WING | CDC NUMBER, NAME (LAST, FIRST MI) |
|-------------|-----------|-----------|-----------------------------------|
| CMF | | | Barker, W |

1315- Pt agreed to wait 20" p̄ shot but not found in the WR July NP

1323- Used back to B-1 to receive dur wait o well felt. chorus, "I was trying to work the miracle" at his
OUTPATIENT INTERDISCIPLINARY house, "I'm feeling
PROGRESS NOTES a little better."
July NP

P 86703

06/14/1967

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 10~25~05 | | | 1 Lu Park Am A-1 10-26-05 |
| 1700 | | | Noted Pharmacy RN 10/25/05 W Camilus |
| | | | gune 9:40 joules |
| 10/27/09 | | | Toradol 60mg IM x1 gun 9:40 Bopula |
| | | | Valium 10mg IM x, |
| | | | PO x ī /7 today |
| | | | PEd: 9 Stros 10/27/09 |
| 10/28/02 | 1250 | | Toradol 60mg IM x̄ now, 05520" ar @ 1270 @ 1400 |
| | | | Ice pack TID x 3 days |
| | | | lag-in ī cell food |
| | | | Cell feed x 10/28 to 11/3/09 -5mo |
| | | 10/28/09 | Nash by Sheela NP Elurai Lu 130 |

ALLERGIES:
Sifa, Codeine, Morphine, Peanuts

INSTITUTION: CMF

ROOM/WING: 1-121

CDC NUMBER, NAME (LAST, FIRST, MI)

Barker, W
P86703

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)

EMERGENCY

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

1734167

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

A fee of $5.00 may be charged to your trust account for each health care visit.

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME
BARKER

CDC NUMBER
P-86703

HOUSING
V-121

PATIENT SIGNATURE
Barba William

DATE
10-25-09

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had
The Problem) MY BACK IS Locked up And Hurting Due TO
When I was Surched By The C/O AT The Gate By Stairs
on the First Floor on 10-25-09 AT About 3:10 pm.
I have Back And Hip Problems Already.
I need To See A Doctor.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON
BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | 1600 | Received by: | M. MW |
|---|---|---|---|
| Date / Time Reviewed by RN: | 1600 | Reviewed by: | M. MW |

S: My back hurts ... the Co pushed Pain Scale: 1 2 3 4 5 6 7 8 9 ⑩
me down to reach me or ...
back property ... I have back problem ...

O: T: 99.3 P: 99 R: 18 BP: 100/74 WEIGHT: 0.87-952 (R4)
x Patient is awake, alert, oriented rolled himself in wheelchair to B, no leg distress
tenderness t/o on ® back. RLE w/ limitation in ROM

A: alteration in comfort

P: Refer to MOP see prt appt above.
☐ See Nursing Encounter Form
GXM! ⊖ Back spasm. Looks himself fit in wheelchair
LE ⊖ foot drop. NM doc arm. Skin atraumatic

E: AP Back pain Acute in chronic, are Barton 10 5/d
lubuprofen, methical
Add Tylenol 1500 mg 1 tab t + The pain
x 3 days
Proprio 12 days

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | | DATE OF APPOINTMENT: |
|---|---|---|
| COMPLETED BY  P. B. Abama | | NAME OF INSTITUTION  COKF |
| PRINT / STAMP NAME | SIGNATURE / TITLE  RN | DATE/TIME COMPLETED  10-25-09 |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

```
*******************************************************************************
P-86703  BARKER, WILLIAM                              CURRENT UNIT: V-121S
ALLERGIES:                        DOB: 06/14/1965  HT:  ft  in    WT:   0
==============================================================================
START     Rx/Qty  DRUG                                PHYSICIAN       STOP
==============================================================================
08/14/2009 388276  ATAZANAVIR SO4 300 MG CAP          HAILE, BETHLEHEM 11/12/2009
BDC          30  TAKE 1 CAPSULE ORALLY EVERY DAY        DOT           Y-107L
------------------------------------------------------------------------------
08/14/2009 388277  RITONAVIR 100MG CAPSULE            HAILE, BETHLEHEM 11/12/2009
BDC          30  TAKE 1 CAPSULE ORALLY EVERY DAY             DOT      Y-107L
------------------------------------------------------------------------------
08/14/2009 388278  EMTRICITABINE 200MG               HAILE, BETHLEHEM 11/12/2009
BDC          30  TAKE 1 CAPSULE ORALLY EVERY DAY             DOT      Y-107L
------------------------------------------------------------------------------
08/14/2009 388279  ABACAVIR 300MG                    HAILE, BETHLEHEM 11/12/2009
BDC          60  TAKE 2 TABLETS ORALLY EVERY DAY     DOT              Y-107L
------------------------------------------------------------------------------
08/14/2009 388284  MIGRAPAP (EQ=MIDRIN)         ↙     HAILE, BETHLEHEM 11/12/2009
BDC           8  1CAP 4XDAY AS NEED HA MAX 4CAP/D, 8C/MO  *NFA* DOTY-107L
------------------------------------------------------------------------------
09/10/2009 388273  MILK OF MAGNESIA 30ML U/D         HAILE, BETHLEHEM 11/12/2009
KMH          30  TAKE 1 CUPFUL EVERY OTHER DAY AS NEED     KOP    V-121S
------------------------------------------------------------------------------
09/10/2009 388292  CHAPSTICK SPF 30                  HAILE, BETHLEHEM 11/12/2009
KMH          30  APPLY TO LIPS DAILY *NFA*           KOP           V-121S
------------------------------------------------------------------------------
09/10/2009 388295  AVEENO LOTION 8 OZ.               HAILE, BETHLEHEM 11/12/2009
KMH         240  USE AS DIRECTED KOP *NFA*                          V-121S
------------------------------------------------------------------------------
09/10/2009 388296  MECLIZINE 25MG                    HAILE, BETHLEHEM 11/12/2009
KMH          45  1 TAB 3XDAY AS NEED DIZZINESS             KOP    V-121S
------------------------------------------------------------------------------
09/10/2009 388303  HEMORRHOIDAL-HC SUPP              HAILE, BETHLEHEM 11/12/2009
KMH          12  1 SUPP.RECTALLY 2X A DAY AS NEEDED        KOP    V-121S
------------------------------------------------------------------------------
09/10/2009 388304  BACLOFEN 10MG TAB                 HAILE, BETHLEHEM 11/12/2009
KMH         120  1 TAB 4X/DAY AS NEED SPASM *NFA*   KOP           V-121S
------------------------------------------------------------------------------
09/10/2009 401834  ALBUTEROL INH SOL 0.083%          HAILE, BETHLEHEM 12/09/2009
KMH           1  H.H.N. 0.5ML/NS 2.5ML 3 TIMES DAILY AS NEED B-1  V-121S
------------------------------------------------------------------------------
09/24/2009 408868  DIPHENHYDRAMINE 50MG CAP          BERMAK, JASON  12/23/2009
KMH          90  TAKE 3 CAPSULES EVERY NIGHT AT BEDTIME    DOT    V-121S
------------------------------------------------------------------------------
09/24/2009 408869  MIRTAZAPINE 30MG TAB              BERMAK, JASON  12/23/2009
KMH          30  TAKE 1 TABLET EVERY NIGHT AT BEDTIME      DOT    V-121S
------------------------------------------------------------------------------
09/24/2009 408871  ARIPIPRAZOLE 5MG TAB              BERMAK, JASON  12/23/2009
KMH          30  TAKE 1 TABLET ORALLY EVERY DAY            DOT    V-121S
------------------------------------------------------------------------------
```

```
                                            N
              *** PATIENT PROFILE ***
         Includes Current Prescriptions as of 10/28/2009

****************************************************************************
P-86703  BARKER, WILLIAM                    CURRENT UNIT: V-121S
ALLERGIES:                   DOB: 06/14/1965  HT:   ft  in   WT:   0
==========================================================================
START     Rx/Qty  DRUG                      PHYSICIAN          STOP
==========================================================================
09/28/2009 408120  TRICLOCARBAN AB SOAP 113G   HAILE,BETHLEHEM 03/22/2010
RC            1    USE AS DIRECTED *NFA*        KOP            V-121S
--------------------------------------------------------------------------
10/05/2009 414229  ATOVAQUONE SUSP 750MG/5ML    HAILE,BETHLEHEM 01/03/2010
RC            1    TAKE 2 TEASPOONFULS EVERY DAY  DOT          V-121S
--------------------------------------------------------------------------
10/05/2009 414232  GABAPENTIN 600MG TAB         HAILE,BETHLEHEM 01/03/2010
RC          180    TAKE 2 TABS 3X A DAY FOR DSPN  DOT          V-121S
--------------------------------------------------------------------------
10/05/2009 414241  METHADONE 10MG TAB           HAILE,BETHLEHEM 11/04/2009
RC          360    TAKE 6 TABLETS 2X A DAY FOR CHRONIC PAIN  DOT  V-121S
--------------------------------------------------------------------------
10/19/2009 421407  TETRACYCLINE 500MG CAP       ANDREASEN,RAY  11/18/2009
RC           60    1 CAPSULE TWICE DAILY KOP                   V-121S
--------------------------------------------------------------------------
10/19/2009 421411  KETOCONAZOLE 2% SHAMP 120    ANDREASEN,RAY  01/17/2010
RC          120    SHAMPOO DAILY KOP            NFA            V-121S
--------------------------------------------------------------------------
10/23/2009 388290  PROPRANOLOL 10MG             HAILE,BETHLEHEM 11/12/2009
ADG          30    TAKE 1 TABLET ORALLY EVERY DAY  KOP-AR      V-121S
--------------------------------------------------------------------------
10/23/2009 424243  DIPHENHYDRAMINE 50MG CAP     BERMAK,JASON   10/30/2009
BDC          14    2 CAPS DAILY FOR 1 WEEK THEN  DOT           V-121S
--------------------------------------------------------------------------
10/23/2009 424245  PRAZOSIN 1MG                 BERMAK,JASON   10/30/2009
BDC           7    1 CAP DAILY BEFORE SLEEP ONSET FOR 1 WEEK THEN DOT V-121S
--------------------------------------------------------------------------
10/26/2009 424812  ACETAMINOPHEN 325MG TAB      SANDERS,ROXANNE 10/31/2009
RC           30    1 TO 2 TABS 3 TIMES DAILY AS NEEDED X5DAYS KOP V-121S
--------------------------------------------------------------------------
10/27/2009 388260  NAPHCON-A OPHTH SOL          HAILE,BETHLEHEM 11/12/2009
RC           15    1 DROP IN EACH EYE 4X A DAY   KOP           V-121S
--------------------------------------------------------------------------
10/27/2009 388261  ROSUVASTATIN 10MG TABLET     HAILE,BETHLEHEM 11/12/2009
RC           30    TAKE 1 TABLET DAILY          KOP            V-121S
--------------------------------------------------------------------------
10/27/2009 388262  MULTIVITAMIN PLAIN           HAILE,BETHLEHEM 11/12/2009
RC           30    TAKE 1 TABLET DAILY          KOP            V-121S
--------------------------------------------------------------------------
10/27/2009 388263  RANITIDINE 150MG             HAILE,BETHLEHEM 11/12/2009
RC           60    1 TAB 2X A DAY 2HRS AFTER ATAZANAVIR  KOP   V-121S
--------------------------------------------------------------------------
10/27/2009 388264  ALMACONE CHEW TAB            HAILE,BETHLEHEM 11/12/2009
RC          100    2 TABS 3X A DAY AS NEEDED FOR HEARTBURN  KOP V-121S
--------------------------------------------------------------------------


==========================================================================
PAGE 2                                      PRINTED: 10/28/2009
```

```
*********************************************************************************
P-86703  BARKER, WILLIAM                                  CURRENT UNIT: V-121S
ALLERGIES:                         DOB: 06/14/1965  HT:   ft  in     WT:    0
=================================================================================
START     Rx/Qty  DRUG                                  PHYSICIAN           STOP
=================================================================================
10/27/2009 388265  DOCUSATE SODIUM 100MG        /        HAILE,BETHLEHEM 11/12/2009
RC     ·     120  TAKE 2 CAPSULES ORALLY 2X A DAY                   KOP   V-121S
---------------------------------------------------------------------------------
10/27/2009 388266  BISACODYL 5MG TAB                      HAILE,BETHLEHEM 11/12/2009
RC            60  TAKE 2 TABLETS 2X A DAY AS NEEDED                 KOP   V-121S
---------------------------------------------------------------------------------
10/27/2009 388267  FLUNISOLIDE .025% NAS 25      ·        HAILE,BETHLEHEM 11/12/2009
RC            25  2 SPRAYS EACH NOSTRIL 2X A DAY AS NEED             KOP   V-121S
---------------------------------------------------------------------------------
10/27/2009 388268  FLUTICASONE 220MCG INH 12              HAILE,BETHLEHEM 11/12/2009
RC            12  2 PUFFS 2X A DAY            KOP                          V-121S
---------------------------------------------------------------------------------
10/27/2009 388269  DESONIDE OINTMENT 0.05%                HAILE,BETHLEHEM 11/12/2009
RC     ·      15  APPLY TO AFFECTED AREAS EVERY DAY *NFA*      KOP   V-121S
---------------------------------------------------------------------------------
10/27/2009 388270  ANALGESIC BALM 30GM          >         HAILE,BETHLEHEM 11/12/2009
RC            30  APPLY TO AREAS 2X A DAY FOR PAIN *NFA*       KOP   V-121S  ·
---------------------------------------------------------------------------------
10/27/2009 388272  COAL TAR SHAMPOO 250ml                 HAILE,BETHLEHEM 11/12/2009
RC           250  SHAMPOO 3X PER WEEK AS DIRECTED          KOP       V-121S
---------------------------------------------------------------------------------
10/27/2009 388274  FIBERCON CAPLETS        /              HAILE,BETHLEHEM 11/12/2009
RC            90  TAKE 1 TABLET 2X A DAY W/WATER    KOP                  V-121S
---------------------------------------------------------------------------------
10/27/2009 388291  MINERAL OIL, HEAVY 475ML               HAILE,BETHLEHEM 11/12/2009
RC           475  APPLY TO SKIN DAILY *NFA* KOP                         V-121S
---------------------------------------------------------------------------------
10/27/2009 388294  KETOCONAZOLE 2% SHAMP 120              HAILE,BETHLEHEM 11/12/2009
RC           120  USE AS DIRECTED KOP *NFA*                             V-121S
---------------------------------------------------------------------------------
10/27/2009 388299  LACTULOSE 10GM/15ML SYRUP    /         HAILE,BETHLEHEM 11/12/2009
RC           473  2 TABLESPOONSFULS DAILY AS NEEDED           KOP   V-121S
---------------------------------------------------------------------------------
10/27/2009 414239  ALBUTEROL HFA 18GM                     HAILE,BETHLEHEM 01/03/2010
RC            18  INHALE 2 PUFFS 4 TIMES DAILY AS NEEDED   KOP       V-121S
---------------------------------------------------------------------------------
10/27/2009 421409  HYDROCORTISONE 2.5% CR 30         ANDREASEN,RAY  01/17/2010
RC      ·     30  APPLY TO AFFECTED AREA DAILY    KOP     NFA        V-121S
---------------------------------------------------------------------------------
10/30/2009 424244  DIPHENHYDRAMINE 50MG CAP          BERMAK, JASON  11/06/2009
BDC            7  1 CAP DAILY FOR 1 WEEK THEN D/C   DOT     ·         V-121S
---------------------------------------------------------------------------------
10/30/2009 424246  PRAZOSIN 2MG                      BERMAK, JASON  11/06/2009
BDC            7  TAKE 1 CAPSULE DAILY X7D PRIOR TO SLEEP   NFA DOT  V-121S
---------------------------------------------------------------------------------
```

```
************************************************************************
P-86703  BARKER, WILLIAM                        CURRENT UNIT: V-121S
ALLERGIES:                    DOB: 06/14/1965  HT:    ft  in    WT:    0
========================================================================
START      Rx/Qty  DRUG                          PHYSICIAN        STOP
========================================================================
11/06/2009 424247  PRAZOSIN 1MG                  BERMAK, JASON  02/04/2010
BDC           90   3 TABS DAILY PRIOR TO SLEEP ONSET  NFA  DOT    V-121S
------------------------------------------------------------------------
```

# HEALTH CARE SERVICES REQUEST FORM

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME BARKER | CDC NUMBER P86703 | HOUSING V 12 5 |
|---|---|---|

| PATIENT SIGNATURE | DATE 10/27/05 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 10/27/05 8:40 | Received by: g. SAnm |
|---|---|

| Date / Time Reviewed by RN: | Reviewed by: |
|---|---|

S: 44 y/o Allergic self Destruct. Pain Scale: 1 2 3 4 5 6 7 8 9 (10)
"I messed my back up Sunday the CO pushed me on my Back and it pomped. I said Dr. Sanders she told me to come Back if I have any more problems." Uses a cane + wheelchair — Claims that now needs assistance to transfer Hx: chronic Back pain, spondylo listhesis, spondirlom

O: T: 96.8 P: 76 R: 18 BP: 135/83 WEIGHT: O₂ SAT : 96
awake alert oriented x3 not c resp distress transferred from wheelchair to gurney c assist. pt faced grimace to lyig point to gurney.

A: Allergica c confort (-) Back swell, (-) tender ver (+) spasm

P: Rehab'd MN at 9:05
☐ See Nursing Encounter Form I'm seen by MD 905
Toravep PM 10 k IM to (L) glute. gave at 9:40
Toradol 60 g IM to (R) gluteu at at 9:40

E: to observe to any react- to give med.
Instructed to report any WNE's Sx + Sy.
To fle up c PCP = 7-10 Days as ordered
I'm is discharged to Array unit in a wheelchair, alert, awake.

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|

| COMPLETED BY g SAnm | NAME OF INSTITUTION CMF |
|---|---|

| PRINT / STAMP NAME g - SAnm | SIGNATURE / TITLE | DATE/TIME COMPLETED 10/27/05 |
|---|---|---|

CDC 7362 (Rev. 03/04)  Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

r in .

I have A 2nd Grade reeding level. I been In dee whole only got sombody to help me writ This leter on today when Them Help me read my 602 09·m·2866 was Log Nuber.

Please Ecept This Claimfor late .

Government Claims Program

DEC 2 7 2010

RECEIVED

Mr. Burke William P86703

Dated 11·5·2010

On 10·25·09 C/o yASSiNe working Unit 1 Grill Gate Caused APPellant To be InJurd Red when he Poped my back while Claiming to Serch APPellant In his wheel chair.
     See Attached Doctors Notes And other Tleatment Related To This Incident Included In The Attached 602 Dated 10·25·09 Log Number 09·m·2866

STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

BILL LEONARD
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

JULIE NAUMAN
Executive Officer

**Your claim is returned to you for the following reason(s):**
(If you provided the $25 filing fee, it is also enclosed.)

## You Did Not Submit Your Claim On A Government Claim Form

All claims must be submitted on a Government Claim form.
(Government Code section 910.4.) If you still wish to pursue this claim, please resubmit on a
Government Claims form. You may download the application form at
www.governmentclaims.ca.gov.

- A $25 filing fee is required for the processing of a Government Claim.
- A filing fee waiver is available on the Government Claims website.

## You Did Not Submit Your Claim Prior To One Year Beyond The Date of Incident

Claims can not be considered if filed more than one year after the date of incident that is the
basis of the claim.

## Your Claim Is Not Against A State of California Agency

Claims can not be presented to the Board unless they are against a California State Agency.

## Your Claim Is Against A Judicial Branch Entity

The Board has no jurisdiction over the Courts, Judges. Judicial Council, Administrative Office
of the Courts, or any other member of the Judiciary.

## Other Reason(s)/Comment(s)

NOTE: WE HAVE NOT RETAINED ANY DOCUMENTS AND/OR THE CLAIM FORM YOU SUBMITTED. ALL
DOCUMENTATION IS BEING RETURNED TO YOU.

G:\Letters\Form Letters\Incomplete Claim Form Ltr.doc NEW 10/26/2007 REVISED 10/12/2010

**Government Claims Form**
**California Victim Compensation and Government Claims Board**
**P.O. Box 3035**
**Sacramento, CA 95812-3035**

DEC 2 7 2010

RECEIVED

**1-800-955-0045 · www.governmentclaims.ca.gov**

For Office Use Only
Claim No.:

## Is your claim complete?

☐ *New!* Include a check or money order for $25 payable to the State of California.
☐ Complete all sections relating to this claim and sign the form  Please print or type all information.
☐ Attach receipts, bills, estimates or other documents that back up your claim
☐ Include two copies of this form and all the attached documents with the original

## Claimant Information

**❶** BARKER    William    Lucas    **❷** Tel: *N/A*
Last name    First Name    MI    **❸** Email:

**❹** P.o. Box 2500 C.M.F H202 L    Vacaville    Ca.    95696-2500
Mailing Address    City    State    Zip

**❺** Best time and way to reach you. *U.S. Mail Any time*

**❻** Is the claimant under 18?  ☐ Yes  ☑ No  If YES, give date of birth: ☐ ☐ ☐
    MM    DD    YYYY

## Attorney or Representative Information

**❼** Self Acting In Pro-se    **❽** Tel: *N/A*
Last name    First Name    MI    **❾** Email: *N/A*

**❿** P.O. Box 2500 C.M.F H-202 L    vacaville    Ca    95696-2500
Mailing Address    City    State    Zip

**⓫** Relationship to claimant  Self

## Claim Information

**⓬** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond?  ☐ Yes  ☑ No

State agency that issued the warrant:    If NO, continue to Step **⓭**
Dollar amount of warrant    Date of issue.  ☐ ☐ ☐
Proceed to Step **㉒**    MM    DD    YYYY

**⓭** Date of Incident / 0 · 25 · 09
Was the incident more than six months ago?    ☑ Yes  ☐ No
If YES, did you attach a separate sheet with an explanation for the late filing?  ☑ Yes  ☐ No

**⓮** State agencies or employees against whom this claim is filed
California Department of Corrections And Rehabilitation.

**⓯** Dollar amount of claim:  25.00 +
If the amount is more than $10,000, indicate the type  ☐ Limited civil case ($25,000 or less)
of civil case:  ☑ Non-limited civil case (over $25,000)
Explain how you calculated the amount
Contenuing In Jury Surguries Not Complete & deliberot obstruction

### REQUEST FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM

Permission to Proceed In Forma Pauperis)

Victim Compensation and Government Claims Board

P.O. Box 3035

Sacramento, CA 95812-3035

1-800-955-0045 · www.governmentclaims.ca.gov

State of California Government Claims Program

DEC 2 7 2010

RECEIVED
For Office Use Only

Claim No.:

*I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.*

**Claimant Information**

**①** Barker          William          Lucas          **②** Tel N/A  -          -

Last name          First Name          MI

**③** Claim Number (if known).

**Employment Information**

**④** My occupation: N/A

My employer.  N/A

Employer's Mailing Address          City          State          Zip

My spouse's or partner's employer N/A

Employer's Mailing Address          City          State          Zip

**⑤** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step **㉓**.

Inmate Identification Number:  P86703

**Financial Information**

**⑥** I am receiving financial assistance from one or more of the following programs.          Yes  N/A  (No)

If no, proceed to step **⑦** If yes, check all that apply, then skip to step **㉓**.

SSI and SSP Supplemental Security Income and State Supplemental Payments Programs

CalWORKS California Work Opportunity and Responsibility to Kids Act

Food Stamps

County Relief, General Relief (GR), or General Assistance (GA)

**⑦** Number in my household and my gross monthly household income, if it is the following amount or less  N/A

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| **A** | 1 | $969.79 | **F** | 6 | $2,626.04 |
| **B** | 2 | $1,301.04 | **G** | 7 | $2,957.29 |
| **C** | 3 | $1,632.29 | **H** | 8 | $3,288.54 |
| **D** | 4 | $1,963.54 | **I** | There are more than 8 people in my family | |
| **E** | 5 | $2,294.79 | | Add $331.25 for each additional person | |
| | | | | Number  N/A  Total Income  N/A | |

If you checked a box in step **⑦** A through I, complete steps **⑧** through **⑮** Then skip to step **㉓**.

**⑧** My income is not enough to pay for the common necessities of life for me and the people in my family and also pay the filing fee          Yes  N/A  No

If yes fill in steps **⑨** through **㉒** N/A

**Case Name:** Barker v. Yassine

**Case Number:** _____

**Court:** U.S. District Court - Eastern District

# PROOF OF SERVICE BY MAIL

I, William Barker declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on January 24, 2011 I served the attached: a true copy of the attached:

Civil Complaint 42 U.S.C. §1983

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the California Medical Facility, Vacaville, California, addressed as follows:

U.S. District Court
Eastern District - Sac. Office
501 "I" Street, Ste. 4-200
Sacramento, CA 95814
(Original & Two (2) copies)

Office of the Attorney General
California Department of Justice
1300 "I" Street
P.O. Box 944255
Sacramento, CA 95814

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on the January 24, 2011 at California Medical Facility, Vacaville, California.

William Barker

**Declarant**

William Barker

**Declarant's Signature**