1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10  WILLIAM BARKER,
11           Plaintiff,                        No. CIV S-11-0246 LKK GGH P
12      vs.
13  R. YASSINE,
14           Defendant.                ORDER
15  _____/
16          Plaintiff has requested the appointment of counsel. The United States Supreme
17  Court has ruled that district courts lack authority to require counsel to represent indigent
18  prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In
19  certain exceptional circumstances, the court may request the voluntary assistance of counsel
20  pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);
21  <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).
22          In the present case, the court does not find the required exceptional circumstances.
23  The issues here are not complicated– plaintiff alleges an incident of excessive force which does
24  not involve the need for expert testimony. And despite plaintiff's description of his inability to
25  proceed with this lawsuit, the organization and structure of the complaint say otherwise. Plaintiff
26  states that an attorney, Scott Hubbard, wants to take this case and the court should appoint him.

If an attorney wishes to represent plaintiff then the attorney should file a notice of appearance. Plaintiff's request for the appointment of counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (Docket No. 33) is denied.

DATED: September 26, 2011

         /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:md
bark0246.31