1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM BARKER,

11            Plaintiff,                    No. CIV S-11-0246 LKK GGH P

12       vs.

13   R. YASSINE,

14            Defendant.                    ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, proceeds with a civil rights action.

17   An attorney from the Disabled Advocacy Group, APLC, has requested limited appearance to

18   appear in this matter for the sole purpose of representing plaintiff at his October 28, 2011,

19   deposition.  The request is granted with one caveat.

20            Accordingly, IT IS HEREBY ORDERED that attorneys from the Disabled

21   Advocacy Group, APLC, may appear in this matter for the purpose of representing plaintiff at his

22   October 28, 2011, deposition.  However, this appointment also encompasses any proceedings

23   occasioned by disputes arising at the deposition.

24   DATED: October 26, 2011

25                                   /s/ Gregory G. Hollows
                                     UNITED STATES MAGISTRATE JUDGE

26   GGH: AB - bark0246.ord5

                                     1