IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BARKER,

    Plaintiff,                       No. CIV S-11-0246 LKK GGH P

    vs.

R. YASSINE,

    Defendant.                   <u>ORDER</u>

_____/

         Plaintiff, a state prisoner proceeding pro se, proceeds with a civil rights action. An attorney from the Disabled Advocacy Group, APLC, has requested limited appearance to appear in this matter for the sole purpose of representing plaintiff at his October 28, 2011, deposition. The request is granted with one caveat.

         Accordingly, IT IS HEREBY ORDERED that attorneys from the Disabled Advocacy Group, APLC, may appear in this matter for the purpose of representing plaintiff at his October 28, 2011, deposition. However, this appointment also encompasses any proceedings occasioned by disputes arising at the deposition.

DATED: October 26, 2011

                                          /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

GGH: AB - bark0246.ord5