IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BARKER,

      Plaintiff,              No. CIV S-11-0246 LKK GGH P

  vs.

R. YASSINE,                      ORDER

      Defendant.

_____/

      Plaintiff scheduled a hearing for March 8, 2012, regarding his motion for reconsideration. Doc. 54. Defendant scheduled a hearing for March 15, 2012, on his motion for summary judgment. Doc. 56. In the interests of judicial economy, both motions will be heard on March 15, 2012, at 10:00 am in Courtroom 9.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's hearing regarding the motion for reconsideration will be held on March 15, 2012, at 10:00 am in Courtroom 9.

DATED: March 2, 2012

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH: AB
bark0246.ord