IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BARKER,

    Plaintiff,                  No. CIV S-11-0246 LKK GGH P

    vs.

R. YASSINE,                      <u>ORDER</u>

    Defendant.

_____/

        Plaintiff scheduled a hearing for March 8, 2012, regarding his motion for reconsideration.  Doc. 54.  Defendant scheduled a hearing for March 15, 2012, on his motion for summary judgment.  Doc. 56.  In the interests of judicial economy, both motions will be heard on March 15, 2012, at 10:00 am in Courtroom 9.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's hearing regarding the motion for reconsideration will be held on March 15, 2012, at 10:00 am in Courtroom 9.

DATED: March 2, 2012

                                /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH: AB
bark0246.ord

1