IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BARKER,

      Plaintiff,                    No. CIV S-11-0246 LKK GGH P

      vs.

R. YASSINE,

      Defendant.                <u>ORDER</u>

_____/

      Pending before the court is a motion by plaintiff for reconsideration of the magistrate judge's order denying appointment of counsel, ECF No. 30. Plaintiff has since obtained counsel, and the magistrate judge approved the substitution of Scottlynn J. Hubbard as attorney of record for plaintiff. Accordingly, the court orders as follows:

      [1] Plaintiff's request for reconsideration, ECF No. 30, is DENIED as MOOT.

      [2] Plaintiff's motion for a stay pending decision on the motion for reconsideration, ECF No. 43, is DENIED as MOOT.

      IT IS SO ORDERED.

      DATED: March 23, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT