1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER, | No. 2:11-cv-0246 LKK AC  P |
| Plaintiff, | |
| v. | ORDER |
| R YASSINE, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 7, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty eight days.  Plaintiff has filed objections to the findings and recommendations and defendant has filed a reply to the objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  The findings and recommendations filed May 7, 2013 are adopted in full.

3   2.  Defendant's motion to dismiss (ECF No. 75) is granted.

4   3.  This action shall proceed only on plaintiff's Eighth Amendment claim against

5   defendant Yassine.

6   DATED: September 26, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2