UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER, | No. 2:11-cv-0246 LKK AC P |
| Plaintiff, | |
| v. | ORDER SETTING STATUS CONFERENCE |
| R. YASSINE, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding with counsel on his first amended complaint filed pursuant to 42 U.S.C. § 1983. ECF No. 70. Defendant filed an answer and a motion to dismiss the first amended complaint on November 14, 2012. ECF No. 74. The motion to dismiss was granted on September 27, 2013. ECF No. 89. This case now proceeds solely on plaintiff's Eighth Amendment challenge against defendant Yassine.

Accordingly, IT IS ORDERED that:

1. A Scheduling Conference is set for Wednesday, December 11, 2013, at 10:00 a.m. in Courtroom 26 before the undersigned.

2. One week prior to the scheduling conference, the parties are required to submit to the court a status report on the following matters:

    a. Anticipated motions and the scheduling thereof;

    b. Anticipated discovery and the scheduling thereof;

      c.  Future proceedings, including setting appropriate cutoff dates for discovery and law and motions and the scheduling of a pretrial conference and trial;

      d.  Whether this matter is to be tried before this court or the district court.  <u>See</u> 28 U.S.C. § 636(c);

      e.  Whether counsel will stipulate to the trial judge acting as settlement judge and waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

      f.  Any other matters that may add to the just and expeditious disposition of this matter.

   3.  Counsel are reminded that the provisions of Local Rule 230(l) no longer apply in this case.

DATED: November 15, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE