Scottlynn J Hubbard IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff William Barker

Susan E. Coleman, SBN 171832
E-mail:  scoleman@bwslaw.com
Martin Kosla, SBN 247224
E-mail:  mkosla@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone: (213) 236.0600
Facsimile: (213) 236.2700

Attorneys for Defendant R. Yassine

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| William Barker, | ) | Case No. 2:11-cv-00246-LKK-AC |
|---|---|---|
| Plaintiff, | ) ) | **Stipulation and [Proposed] Order to Extend the Expert Disclosures Deadline** |
| vs. | ) ) | |
| R. Yassine, | ) ) | Hon. Magistrate Judge Allison Claire |
| Defendant. | ) ) ) | |
| _____ | ) | |

*Barker v. Yassine,* Case No. 2:11-cv-00246-LKK-AC
Stipulation and [Proposed] Order to Extend Expert Disclosure Deadline

It is hereby stipulated by and between the parties hereto, through their respective counsel of record the following:

**WHEREAS**, the parties were served with Scheduling Order on December 17, 2013 in this matter;

**WHEREAS**, the Scheduling Order provides that by April 14, 2014, the parties shall disclose their expert witnesses.

**WHEREAS**, for the past thirty-six (36) days plaintiff's counsel has been trying to coordinate a mutually agreeable date to schedule an Independent Medical Examination with the California Department of Corrections and Rehabilitation ("CDCR").

**WHEREAS**, in late February the CDCR's litigation coordinator, Ms. Ann Sheldon, informed plaintiff's counsel that due to plaintiff's custody status any visits would be non-contact.

**WHEREAS**, defense counsel has informed plaintiff's counsel that he needs to submit a written request to the Warden at the institution requesting an Independent Medical Examination, as required by Cal. Code Regs., tit.15, § 3354 (c).

**WHEREAS**, on April 1, 2014, it was brought to Plaintiff's counsel's attention that Mr. Barker was transferred to the Richard J. Donovan Correctional Facility in San Diego.

**THEREFORE,** the Parties jointly stipulate and request that this Court enter an order as follows:

1. Due to the limited availability of Mr. Barker, Plaintiff request that expert disclosures be extended thirty (30) days for the sole purpose of allowing plaintiff to complete its IME.

*Barker v. Yassine,* Case No. 2:11-cv-00246-LKK-AC
Stipulation and [Proposed] Order to Extend Expert Disclosure Deadline

2. Nothing in this Stipulation shall be construed to effect any other date set forth in the Court's Scheduling Order, as all other dates shall remain the same.

**IT IS SO STIPULATED.**

Dated: April 4, 2014                    DISABLED ADVOCACY GROUP, APLC

 */s/ Scottlynn J Hubbard IV*
Scottlynn J Hubbard IV, Esq.
Attorney for Plaintiff William Barker

Dated: April 4, 2014                    BURKE, WILLIAMS & SORENSEN, LLP

 */s/ Martin Kosla*
Martin Kosla, Esq.
Attorney for Defendant R. Yassine

[PROPOSED] ORDER ON STIPULATION

Good cause appearing, IT IS HEREBY ORDERED that the date for Expert Disclosures under Rule 26(a)(2) be continued to May 14, 2014.

IT IS SO ORDERED.

Dated:  April 7, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE