1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM BARKER,                     Case No.  2:11-cv-00246-LKK-AC

12            Plaintiff,                  **ORDER GRANTING PROPOSED STIPULATION FOR A**

13   v.                                   **PROTECTIVE ORDER** [~~PROPOSED~~]

14   R. YASSINE, et al.,

15            Defendant.                  Magistrate
                                          Judge:        Hon. Allison Claire

16

17        PURSUANT TO THE PARTIES' PROPOSED STIPULATION, AND FOR

18   GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the proposed

19   stipulation for a protective order regarding the confidential records responsive to

20   plaintiff William Barker's subpoenas to California Medical Facility concerning

21   defendant R. Yassine.  The Court orders that the records be produced in accordance

22   with the terms of the proposed stipulation.

23        IT IS SO ORDERED.

24   Dated: June 23, 2014            _____

25                                   ALLISON CLAIRE
                                     UNITED STATES MAGISTRATE JUDGE

26

27

28

LA #4851-6352-5915 v1              - 1 -                    2:11-cv-00246-LKK-AC
                                                           PROPOSED ORDER