Scottlynn J Hubbard IV, SBN 212970
Khushpreet R. Mehton, SBN 276827
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff William Barker

Susan E. Coleman, SBN 171832
E-mail:  scoleman@bwslaw.com
Martin Kosla, SBN 247224
E-mail:  mkosla@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone: (213) 236.0600
Facsimile: (213) 236.2700

Attorneys for Defendant R. Yassine

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Barker,<br><br>        Plaintiff,<br><br>    v.<br><br>R. Yassine,<br><br>        Defendant. | Case No. 2:11-cv-00246-LKK-AC<br><br>**Stipulation and [Proposed] Order to Continue Discovery Deadline for Limited Purpose of Conducting Defendant Yassine's Deposition**<br><br>Current Deadline:  September 8, 2014<br><br>Hon. Magistrate Judge Allison Claire |

1  The following Stipulation is entered into by and between Plaintiff William Barker ("Plaintiff") and Defendant R. Yassine ("Defendant") (collectively the "Parties"):

WHEREAS, the discovery cut-off deadline in this case is September 8, 2014;

WHEREAS, the parties have timely completed written discovery in this case, including the production of confidential documents subject to a protective order;

WHEREAS, the parties need additional time to coordinate Defendant's deposition;

WHEREAS, the parties believe that a thirty (30) day extension of the discovery cut-off date will allow them to coordinate and complete Defendant's deposition;

**THEREFORE,** the Parties jointly stipulate and request that this Court enter an order as follows:

The discovery cut-off date be continued from September 8, 2014 to October 8, 2014 for the limited purpose of conducting Defendant's deposition.

**IT IS SO STIPULATED.**

Dated: September 2, 2014   DISABLED ADVOCACY GROUP, APLC

 */s/ Scottlynn J Hubbard IV*
Scottlynn J Hubbard IV, Esq.
Attorney for Plaintiff William Barker

Dated: September 2, 2014   BURKE, WILLIAMS & SORENSEN, LLP

 */s/ Martin Kosla*
Martin Kosla, Esq.
Attorney for Defendant R. Yassine

<u>[~~PROPOSED~~] ORDER ON STIPULATION</u>

Good cause appearing, IT IS HEREBY ORDERED that the discovery cut-off date is continued from September 8, 2014 to October 8, 2014 for the limited purpose of conducting defendant R. Yassine's deposition.

IT IS SO ORDERED.

Dated: September 2, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE