UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER, | No. 2:11-cv-00246 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| R. YASSINE, | |
| Defendant. | |

In light of the pending Findings and Recommendations filed in this case on March 3, 2015, the Pretrial Conference scheduled for May 6, 2015 is HEREBY VACATED, and the related filing of Pretrial Statements no longer required, until further order of this court.

IT IS SO ORDERED.

DATED: April 17, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1