UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER, | No. 2:11-cv-00246 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| R. YASSINE, | |
| Defendant. | |

Plaintiff is a state prisoner represented by counsel who proceeds in this civil rights action against sole defendant Correctional Officer R. Yassine. Plaintiff's remaining claim, for which he seeks damages, is that defendant Yassine employed excessive force against plaintiff in violation of the Eighth Amendment's proscription against cruel and unusual punishment. By order filed September 30, 2015, the district judge denied defendant's motion for summary judgment and referred this case back to the undersigned magistrate judge for further proceedings. See ECF No. 123 (Order declining to adopt the undersigned's Findings and Recommendations filed March 3, 2015, ECF No. 118).

Before scheduling this case for trial, the court will inquire into the parties' interests in participating in a settlement conference mediated by another magistrate judge.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one (21) days after the filing date of this order, the parties shall file a joint statement indicating whether they request that a settlement conference, mediated by another magistrate judge, be scheduled in this action; and

   b. If so, counsel for each party shall identify any dates within the next six months when they are not available to participate in a settlement conference.

DATED: October 26, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE