UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER,<br><br>    Plaintiff,<br><br>   v.<br><br>R. YASSINE,<br><br>    Defendant. | No. 2:11-cv-00246 KJM AC P<br><br><br><br>ORDER |

     The parties in this action have filed a joint statement agreeing to participate in mediation. See ECF No. 125.  United States Magistrate Judge Edmund F. Brennan has been assigned to preside at the mediation conference, which shall be convened on March 24, 2016, at 10:00 a.m., in Courtroom No. 8 (13th Floor), United States District Court, Eastern District of California, 501 I Street, Sacramento, California 95814.

     The parties are directed to submit to chambers, seven (7) days prior to the conference, their respective confidential settlement statements.  These statements shall be submitted to chambers via e-mail at efborders@caed.uscourts.gov.  These statements shall not be filed with the Clerk or served on opposing counsel.  However, each party shall e-file a one-page document, entitled "Notice of Submission of Confidential Settlement Conference Statement," which states that the party has timely submitted his or her confidential statement.  The parties may agree, or not, to serve each other with their respective settlement statements.

1

...

Each party shall be represented at the mediation conference by a person fully authorized to settle the matter at the conference on any terms and fully dispose of this action.  See Local Rule 270.  In addition, the court will timely issue a writ ad testificandum to obtain the attendance of plaintiff at the conference.  Plaintiff is currently incarcerated at the California Health Care Facility in Stockton.  Should plaintiff be unable to attend the conference due to his health and/or mobility challenges, plaintiff *and* his counsel shall so inform the court within thirty days after the filing date of this order, in which event the court will attempt to arrange plaintiff's attendance at the conference by video camera.

SO ORDERED.

DATED: November 30, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE