UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**William Barker,**

       Plaintiff,         No. 2:11-cv-00246 KJM AC P

  v.

**R. Yassine,**

       Defendant.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____/

    **William Barker, CDCR Inmate Number P86703**, a necessary and material witness in proceedings in this case on **March 24, 2016, is confined in the California Health Care Facility (CHCF), at 7707 Austin Road, Stockton, CA 95215**, in the custody of the CHCF Warden. In order to secure this inmate's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the **Honorable Edmund F. Brennan, United States Magistrate Judge, to appear by video-conference at CHCF, which shall be convened on Thursday, March 24, 2016, at 10:00 a.m., in Courtroom No. 8 (13th Floor), United States District Court, Eastern District of California, 501 I Street, Sacramento, California 95814.**

    **ACCORDINGLY, IT IS HEREBY ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce William Barker, CDCR Inmate Number P86703, to testify at CHCF by video-conference before the United States District Court at the time and place noted above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is directed to notify the court of any change in custody of this inmate and, if applicable, to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of the California Health Care Facility (CHCF), 7707 Austin Road, Stockton, CA 95215:**

    **YOU ARE COMMANDED** to produce the inmate named above to testify before the United States District Court at the time and place noted above by video-conference, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

    The Clerk of Court is directed to serve a copy of this writ on the Warden of the California Health Care Facility and on counsel for both parties.

**DATED: December 15, 2015**

                                              _____
                                              ALLISON CLAIRE
                                              UNITED STATES MAGISTRATE JUDGE