UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER, | No. 2:11-cv-00246 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| R. YASSINE, | |
| Defendant. | |

On March 24, 2016, the parties to this action participated in a mediation conference but the case did not settle. See ECF No. 131. To facilitate the scheduling of this case for pretrial and trial proceedings, the parties shall inform the court of the following matters.

Accordingly, IT IS HEREBY ORDERED that, on or before April 15, 2016, the parties shall file and serve separate statements that inform the court of the following:

1. The anticipated length of trial; and

2. Any dates through 2016 when any party may not be available for pretrial or trial proceedings.

////

////

////

////

1

1  Upon review of the parties' respective statements, the court will issue an order that further
2  schedules this action, including deadlines for filing pretrial statements that address the matters set
3  forth in Local Rule 281(b).
4  DATED: March 24, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE