1  Scottlynn J Hubbard IV, SBN 212970
2  Stephanie L. Ross, SBN 297840
   **DISABLED ADVOCACY GROUP, APLC**
3  12 Williamsburg Lane
   Chico, CA 95926
4  Telephone: (530) 895-3252
5  Facsimile: (530) 894-8244
   Email: usdceast@hubslaw.com
6

7  Attorneys for Plaintiff William Barker

8

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12

13
   WILLIAM BARKER,                   ) Case No. 2:11-cv-00246-KJM-AC
14                                   )
         Plaintiff,                  ) **ORDER & WRIT OF HABEAS**
15                                   ) **CORPUS AD TESTIFICANDUM TO**
16 v.                                ) **TRANSPORT WILLIAM BARKER,**
                                     ) **CDCR NO.   P86703, WITNESS**
17 R. YASSINE, et al.,               )
                                     )
18       Defendants.                 ) Jury Trial Date: August 22, 2016
19                                   ) Time: 9:00 a.m.
                                     ) Crtrm: 3
20                                   )
21                                   ) Honorable Judge Kimberly J. Mueller
                                     )
22                                   )
23 ─────────────────────────────────  )

24

25

26

27
   *Barker v. Yassine, et al.*                          Case No. 2:11-cv-00246-KJM-AC
28        Order & Writ of Habeas Corpus Ad Testificandum To Transport
                    William Barker, CDCR No. P86703, Witness

                                   Page 1

1  WILLIAM BARKER, CDCR Inmate Number P86703, a necessary and
2  material witness in proceedings in this case on August 22, 2016, is confined at
3  California Health Care Facility (CHCF), at 7707 Austin Road, Stockton,
4  California 95215 in the custody of CHCF Warden.  In order to secure this
5  inmate's attendance at these proceedings, it is necessary that a Writ of Habeas
6  Corpus ad Testificandum issue commanding the custodian to produce the inmate
7  before the Honorable Kimberly J. Mueller on August 22, 2016, at 9:00 a.m., in
8  Courtroom 3, United States District Court, Eastern District of California, 501 I
9  Street, Sacramento, California 95814.

10  ACCORDINGLY, IT IS ORDERED that:

11  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of
12  this court, commanding the Warden to produce William Barker, CDCR Inmate
13  Number P86703, to testify in the United States District Court at the time and
14  place noted above, and from day to day until completion of court proceedings or
15  as ordered by the court; and thereafter to return the inmate to the above
16  institution;

17  2. The custodian is ordered to notify the court of any change in custody
18  of this inmate and, if applicable, to provide the new custodian with a copy of this
19  writ; and

20  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
21  To: The Warden of the California Health Care Facility (CHCF), 7707 Austin
22  Road, Stockton, California 95215:

23  **YOU ARE COMMANDED** to produce the inmate named above to testify
24  before the United States District Court at the time and place above, and from day
25  to day until completion of the proceedings, or as ordered by the court; and
26  thereafter to return the inmate to the above institution.

27
28

*Barker v. Yassine, et al.*                                                                 Case No. 2:11-cv-00246-KJM-AC
Order & Writ of Habeas Corpus Ad Testificandum To Transport
William Barker, CDCR No. P86703, Witness

Page 2

1    **FURTHER**, you have been ordered to notify the court of any change in
2    custody of the inmate and to provide the new custodian with a copy of this writ.
3    **The Clerk of Court is directed to serve a copy of this writ on the**
4    **Warden of the California Health Care Facility and on counsel for both**
5    **parties.**
6    Date:  June 13, 2016

_____
UNITED STATES DISTRICT JUDGE

*Barker v. Yassine, et al.*                                             Case No. 2:11-cv-00246-KJM-AC
Order & Writ of Habeas Corpus Ad Testificandum To Transport
William Barker, CDCR No. P86703, Witness

Page 3