UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BARKER,

        Plaintiff,         **Case No. 2:11-cv-00246 AC P**

  vs.

**R. YASSINE,**                 **AMENDED ORDER &**

        Defendant.        **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

      **William Barker, CDCR Inmate No. P86703,** a necessary and material witness in the trial in this case, scheduled to commence **Monday, August 22, 2016, at 9:00 a.m**., is confined at the California Health Care Facility (CHCF), 7707 Austin Road, Stockton, California 95215, in the custody of the CHCF Warden.  In order to secure this inmate's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the inmate before the **Honorable Allison Claire, United States Magistrate Judge, United States District Court, Eastern District of California, 501 I Street, Courtroom No. 26 (8th Floor), Sacramento, California 95814, on Monday, August 22, 2016, at 9:00 a.m.**

      **ACCORDINGLY, IT IS HEREBY ORDERED that:**

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of the California Health Care Facility to produce the inmate named above to participate in trial before the United States District Court at the time and place noted above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the California Health Care Facility;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison-Sacramento, P.O. Box 290007, Represa, California  95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, California Health Care Facility, 7707 Austin Road, Stockton, California 95215:**

      **WE COMMAND** you to produce the inmate named above to participate in trial before the United States District Court at the time and place noted above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 11, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE