1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM BARKER,                              No.  2:11-cv-00246 AC P

12                    Plaintiff,

13          v.                                      ORDER

14    R. YASSINE,

15                    Defendant.

16

17          Counsel for defendant is directed to file and serve, within seven days after the filing date

18    of this order, a response to the motion in limine filed by plaintiff on July 8, 2016 (ECF No. 143).

19          IT IS SO ORDERED.

20    DATED: July 11, 2016

21    _____
      ALLISON CLAIRE
22    UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28