UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. YASSINE,<br><br>　　　　Defendant. | No.  2:11-cv-00246 AC P<br><br><br>ORDER |

　　　Counsel for plaintiff is directed to file and serve, within seven days after the filing date of this order, responses to each of the three motions in limine filed by defendant on July 13, 2016 (ECF Nos. 152, 153, and 154).

　　　IT IS SO ORDERED.

DATED: July 13, 2016

　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE