

FILED
AUG 22 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER,<br><br>   Plaintiff,<br><br>v.<br><br>R. YASSINE, et al.,<br><br>   Defendant. | Case No. 2:11-cv-00246-AC<br><br>**ORDER TO PROVIDE MEDICATION FOR PLAINTIFF DURING TRIAL**<br><br>Trial: August 22, 2016<br>Time: 8:30 a.m.<br>Ctrm.: 26<br>Magistrate<br>Judge: Hon. Allison Claire |

GOOD CAUSE having been shown, due to the Plaintiff's complicated medical conditions(s) and prescribed medications, including morphine and baclofen, and other medications required for his chronic pain,

IT IS HEREBY ORDERED that Plaintiff shall be provided with his prescribed medications forthwith, in the courtroom, so that the trial may proceed;

IT IS FURTHER ORDERED that arrangements must be made for Plaintiff to be provided with his prescribed medications during trial as it continues from day to day, so that it may proceed without interruption.

Dated: August 22, 2016

             _/s/ Allison Claire_
             UNITED STATES DISTRICT COURT
             Magistrate Allison Claire